# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *
CLAUDETTE PATRICIO,         *
                            *
            Plaintiff,      *
       v.                   *
                            *   No. 16-1335C
UNITED STATES,              *   Filed:  November 30, 2016
                            *
            Defendant.      *
* * * * * * * * * * * * * * *
```

### O R D E R

The court is in receipt of plaintiff's November 30, 2016 notice of voluntary dismissal with prejudice. As defendant has yet to file its answer or make any motion in this case, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2016), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
   **Judge**